Robinson Auto Rental, Inc., Appellant, v. Pascal System, Inc., and Joseph J. Sosc, Appellees.

Gen. No. 46,526.

First District, First Division.

April 18, 1955.

Released for publication May 23, 1955.

Cul-
ver & Mendelson, and Sidney S. Altman, for appellant; Ross,
Berchem, Schwantes & Thuma, for appellee. Opinion by PRE-
SIDING JUSTICE BURKE. Not to be published in full.